# United States District Court

**For The District of Columbia**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **JOSE LUIS SANTOS**<br>**also known as Luis Jose Santos**<br>**DOB:  xx/xx/1966** | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __June 28, 2005__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

utter, attempt to use, and possess  an alien registration receipt card knowing it to be forged, counterfeited, altered, or falsely made, or  to have been otherwise procured by fraud or unlawfully obtained

in violation of Title __18__ United States Code, Section(s) __1546(a)__ .

I further state that I am __David J. Papazian, Senior Special Agent with U.S. Immigration and Customs Enforcement, Department of Homeland Security__,  and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes     ☐ No

Signature of Complainant

AUSA, Catharine Hartzenbusch (202) 353-8822
Sworn to before me and subscribed in my presence,

David J. Papazian, Senior Special Agent
U.S. Bureau of Immigration and Customs Enforcement
Department of Homeland Security

_____             at     __Washington, D.C.__
Date                                                                            City and State

_____                     _____
Name & Title of Judicial Officer                              Signature of Judicial Officer