**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

**JOSE LUIS SANTOS**
**also known as Luis Jose Santos**

I, David J. Papazian, being duly sworn, depose and state:

1.I am a Senior Special Agent of the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE).  Before DHS was created (March 1, 2003), I was employed as a Special Agent of a predecessor of DHS/ICE, the United States Customs Service, and had been so employed since 1986 after I graduated from college with a Bachelor Degree and completed training at the Federal Law Enforcement Training Center.  In the course of my past and current duties as a Senior Special Agent with the DHS/ICE Office of the Special Agent in Charge (SAC), Washington, DC, I am responsible for investigating violations of law relating primarily to violation of the United States Customs and Immigration laws, such as: Smuggling, importation and exportation of goods and contraband, the export of defense articles and services from the United States, the disrupting and dismantling of sources of illicit funding occurring within the United States and abroad, narcotics smuggling/exportation and trafficking, child pornography protection laws, the export and the brokering of the provision of such defense articles and services by persons within and without the United States, as established by the Arms Export Control Act.  As a Special Agent I have acted in a Supervisory capacity as well as the case/lead/Affiant Special Agent on numerous investigations involving the aforementioned areas of Customs and Immigration laws.  I have attended and taught several classes of instructions in these aforementioned areas of Federal Law Enforcement.  I am familiar with the manner and means employed by persons engaged in the legal and illegal export and import of items, contraband and other related violations.

2. My duties as a Senior Special Agent with the ICE include, but are not limited to, investigating violators of the Immigration and Nationality Act (INA), and seeking, where applicable, prosecution and deportation of those violators. I have received training in general U.S. Immigration laws, including training in Title 18, United States Code, Section 1546(a).

3. The facts and information contained in this affidavit are based on my training, experience, participation in investigations, personal knowledge, conversations and information with/from other individuals as named herein and observations during the course of this investigation. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known by the government.

4. This affidavit is submitted in support of a Criminal Complaint charging **JOSE LUIS SANTOS**, aka Luis Jose SANTOS (hereafter referred to as Santos), DOB x/xx/1966, with uttering, attempting to use, and possessing a Resident Alien registration receipt card knowing it to be forged, counterfeited, altered, or falsely made, or to have been otherwise procured by fraud or unlawfully obtained, in violation of Title 18 United States Code, Section 1546(a).

5. On June 28, 2005, I received information that Santos and several other undocumented foreign nationals were attempting to enter Bolling Air Force Base (AFB) in Washington, DC using questioned identity documents or without any identity documents of any kind. I learned from officials at Bolling AFB that at approximately 7:00 a.m. on that date, Santos approached a security officer at the visitor's center requesting a visitor's pass. He was with a party of six individuals and their sponsor. After being asked for all proper identification cards Santos presented what appeared to be an altered Resident Alien registration receipt card. The security officer stopped writing the

pass and asked for further assistance because she immediately recognized the ID as being fake; she noticed some features that had been described in a fraudulent ID class she had taken, for example a halo effect on the photograph indicating it had been hand cut and glued onto the card, as well as uneven lamination. A supervisor then called ICE to verify Santos's INS number. The security officer informed Santos's sponsor that he was possibly an illegal immigrant that would not be able to receive a visitor's pass until further notice.

6. Before I went to Bolling AFB to investigate, I called the ICE Law Enforcement Support Center (LESC) to query Santos's name and Alient Registration number. I was informed that the number reportedly on the Resident Alien registration receipt card presented by Santos was assigned to someone by the name of Jose Luis Santos with a date of birth of 8/19/1966, however, that no Resident Alien registration receipt card had ever been issued to that person.

7. I went to Bolling AFB with other ICE Agents to investigate the matter. I encountered Santos in a room at the Visitor Control Center when I arrived. A Bolling AFB official presented me with a Resident Alien registration receipt card bearing Santos's photograph, the name "Santos, Luis, Jose," a date of birth of x/xx/1966 and an Alien Number of A028342950. At that point I asked him several times whether the card was real. Santos insisted it was a real card.

8. I again called the LESC to verify whether Santos had ever been issued a Resident Alien registration receipt card. I confirmed that Santos did have a United States Alien Registration File number (A028342950) with the Department of Homeland Security, however, he had never been granted lawful permanent resident status or lawfully issued a Resident Alien registration receipt card. Records maintained by the Bureau of Citizenship and Immigration Services show that although Santos had applied for asylum after being apprehended by the United

3

States Border Patrol in 1986, this application was denied, and Santos has never been granted lawful permanent resident status. A review of the U.S. Immigration Central Index System shows that at one time, Santos may have had some type of relief commonly provided to El Salvadorians, in the form of an Employment Authorization Document (EAD), however, Santos' EAD expired on 3/26/1997. In addition, no applications for legal status are included in Santos's Alien Registration file. Accordingly, although the purported Resident Alien registration receipt card that Santos presented bore his photograph and his alien file number (as well as the name Luis Jose Santos), it was not genuine. A genuine document of this type would only be issued by the Department of Homeland Security to someone granted lawful permanent resident status. I seized the purported Resident Alien registration receipt card as evidence and possible contraband.

9. Santos was taken into administrative custody for Entry Without Inspection, and was transported to ICE offices in Northern Virginia. Santos signed an AVISO DE DERECHOS (Notice of Your Rights) form, in which he acknowledged and waived, among other things, his right not to make a statement. When ICE agents interviewed Santos he told them his true name is Jose Luis Santos and that he has not and does not use any other names. Santos told the ICE agents that he was born in El Salvador on August xx, 1966, and that he last entered the United States on or about 1986 or 1987 by crossing the border at Matamoros on foot. He said that he had applications pending with the Immigration Service, however, he did not elaborate. He claimed he believed the purported Resident Alien registration receipt card that he had presented was valid, but explained to one of the ICE Agents that he had given his wife the money to arrange getting the card, and had gone to a "quick-mart" type of store in North Carolina to have his photograph taken and later to pick the card

up. Santos did not indicate that he had obtained this card by making an application to Immigration authorities.

10.     On July 19, 2005, I submitted the purported Resident Alien registration receipt card seized from Santos on June 28, 2005 to the ICE Forensic Document Laboratory (FDL). In a report dated July 27, 2005, a Forensic Document Examiner reported that the purported Resident Alien card, numbered A028342950, in the name of Luis Jose Santos is a counterfeit document.

Based on the foregoing, I submit there is probable cause that Santos did utter, attempt to use, and possess an alien registration receipt card knowing it to be forged, counterfeited, altered, or falsely made, or to have been otherwise procured by fraud or unlawfully obtained, in violation of Title 18 USC Section 1546(a).

_____
David J. Papazian, Senior Special Agent
U.S. Immigration and Customs Enforcement
Department of Homeland Security

Subscribed and sworn to before me this__day of August, 2005.

_____
United States Magistrate Judge