IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: |
| | : | |
| v. | : | MAGISTRATE NO. : 05-445M |
| | : | |
| JOSE LUIS SANTOS, | : | VIOLATION: |
| also known as Luis Jose Santos, | : | |
| | : | 18 U.S.C. § 1546(a) |
| Defendant. | : | (Possession of Fraudulent Visas and Other |
| | : | Immigration Documents) |

**I N F O R M A T I O N**

The United States Attorney informs the Court that:

On or about June 28, 2005, within the District of Columbia, defendant **JOSE LUIS SANTOS**, also known as Luis Jose Santos, did knowingly and willfully utter, attempt to use, and possess a fraudulent, counterfeit, forged and falsely made document, that is, an alien registration receipt card, which, if legitimate, is prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

(**Possession of Fraudulent Visas and Other Immigration Documents**, in violation of Title 18, United States Code, Section 1546(a)).

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
CATHARINE A. HARTZENBUSCH
Assistant United States Attorney
D.C. Bar No. #450194
Transnational/Major Crimes Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 353-8822