UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  05-314 (JDB) |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| JOSE LUIS SANTOS, | : | 18 U.S.C. § 1546(a) |
| also known as Luis Jose Santos, | : | (Possession of Fraudulent Visas and Other |
| | : | Immigration Documents) |
| Defendant. | : | |
| | : | |

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this Factual Proffer in Support of Guilty Plea.

1. The Information charges defendant with the offense of possession of fraudulent visas and other immigration documents in violation of 18 U.S.C. § 1546(a).  The essential elements of that offense are:

   A. That the defendant uttered, used, attempted to use, possessed, obtained, accepted, or received any alien registration receipt card or other document prescribed by statute or regulation as evidence of authorized stay or employment in the United States; and

   B. That the defendant knew the documents to be forged, counterfeited, altered or falsely made or to have been procured by means of any false claim or statement or to have been otherwise procured by fraud or unlawfully obtained.

2. On June 28, 2005, at approximately 7:00 a.m., the defendant, Jose Luis Santos entered Bolling Air Force Base located at 256 McGuire Avenue, S.E., Washington, DC, and presented a purported Resident Alien registration receipt card in order to obtain a visitor's pass to work on the base. The document purported a Resident Alien card from the Department of Justice Immigration and Naturalization in the name of Luis Jose Santos with a date of birth of X/XX/1966 and an Alien Number

A0283XXXXX. Air Force personnel immediately recognized the document to be counterfeit based on the appearance of the card.

3. On that same date, Immigration and Customs Enforcement Senior Special Agent David Papazian was notified that there was someone attempting to gain access to Bolling Air Force Base who might be unlawfully present in the United States. Agent Papazian called the ICE Law Enforcement Support Center (LESC) to query Santos's name and Alien Registration number. He was informed that the number reportedly on the Resident Alien registration receipt card presented by Santos was assigned to someone by the name of Jose Luis Santos with a date of birth of X/XX/1966, however, that no Resident Alien registration receipt card had ever been issued to that person. Agent Papazian confirmed with LESC that Santos did have an Alien Registration File number (A0283XXXXX) with the Department of Homeland Security, however, he had never been granted lawful permanent resident status or been lawfully issued a Resident Alien registration receipt card.

4. Records maintained by ICE show that although Santos had applied for asylum after being apprehended by the United States Border Patrol in 1986, this application was denied, and Santos has never been granted lawful permanent resident status. Such Records also show that at one time, Santos may have had some type of relief commonly provided to El Salvadorians, in the form of an Employment Authorization Document (EAD), however, Santos's EAD expired on 3/26/1997. No applications for legal status are included in Santos's Alien Registration File. Accordingly, although the purported Resident Alien registration receipt card that Santos presented bore his photograph and his Alien Registration File number (as well as the name Luis Jose Santos), it was not genuine. A genuine document of this type would only be issued by the Department of Homeland Security to someone granted lawful permanent resident status.

5. Santos was taken into administrative custody for Entry Without Inspection. Santos signed an AVISEO DE DERECHOS (Notice of Your Rights) Form, in which he acknowledged and waived, among other things, his right not to make a statement. When ICE agents interviewed Santos, he told them his true name is Jose Luis Santos and that he has not and does not use any other names. Santos told ICE agents that he was born in El Salvador on X/XX/1966, and that he last entered the United States on or about 1986 or 1987 by crossing the border at Matamoros on foot. He claimed to believe the purported Resident Alient registration receipt card that he had presented was valid, but explained to one of the ICE agents that he had given his wife the money to arrange getting the card, and had gone to a "quick-mart" type of store in North Carolina to have his photograph taken and later to pick the card up. Santos did not indicate that he had obtained this card by making an application to Immigration authorities. Santos knew this card was counterfeited, altered, or falsely made, or was otherwise procured by fraud or unlawfully obtained because he did not receive it from Immigration authorities.

6. On July 19, 2005, Agent Papazian submitted the purported Resident Alien registration receipt card seized from Santos on June 28, 205 to the ICE Forensic Document Laboratory (FDL). In a report dated July 27, 2005, a Forensic Document Examiner reported that the purported Resident Alien card, numbered A0283XXXXX, in the name of Luis Jose Santos, is a counterfeit document.

7. This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense or other offenses. The limited

purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offense of possession of fraudulent visas and other immigration documents.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 451058

BY: _____
CATHARINE A. HARTZENBUSCH
Assistant United States Attorney
Bar No. 450-194
555 4th Street, N.W., Room 11-449
Washington, DC 20530
(202) 353-8822

Certificate of Service

I hereby certify that a copy of the foregoing will be served upon counsel for the defendant, Lara Quint, Esq., by electronic filing this 7th day of September, 2005.

_____
Catharine A. Hartzenbusch
Assistant United States Attorney