CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 05-314 |
| | ) | |
| JOSE LUIS SANTOS | ) | |

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_JOSE LUIS SANTOS_
Defendant

_____
Counsel for defendant

I consent: _____
Assistant United States Attorney

Approved:

_____   Date: Sept. 8, 2005
Judge John D. Bates