UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 0 8 2005

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 05-314 |
| | ) | |
| | ) | |
| JOSE LUIS SANTOS | ) | |

WAIVER OF INDICTMENT

I, **JOSE LUIS SANTOS**, the above-name defendant,

who is accused of

Possession of Fraudulent Visas and Other Immigraion Documents
18 USC Section 1546(a)

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open **court** on **September 8, 2005** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

*JOSE LUIS SANTOS*
Defendant

Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates