FEDERAL PUBLIC DEFENDER
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

October 19, 2005

Debra Stevens-Panzer
United States Probation Officer
3rd and Constitution Avenue, N.W.
Washington, DC 20001



FILED

OCT 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:  United States v. Jose Luis Santos (CR 05-314)

Dear Ms. Stevens-Panzer:

Below please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above indicated case and dated September 30, 2005.

**Objections and Comments**

1. Mr. Santos objects to the facts as outlined on page 4, paragraph 6. Mr. Santos claims that, while he was living in Texas, he hired a woman by the name of Maria Alcotran to process his EAD, which she never did. Whenever he contacted her to follow up, Ms. Alcotran would indicate that she had filed the application. At some point Mr. Santos contacted INS, and he was told that no application had been filed on his behalf. Mr. Santos returned to Ms. Alcotran and advised her of his findings and she requested that he provide her with two photographs of himself. Mr. Santos complied. Sometime after that a friend advised him that he had an envelope for him. When he recovered the envelope, he found the card inside. Mr. Santos suspected that something was wrong because he had filed for an EAD and not a resident alien card, but he decided to use it because he needed to find employment. Mr. Santos believes that the card was sent to him by Ms. Alcotran. Mr. Santos states that his wife was not engaged in any arrangements.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Lara G. Quint

                                             Assistant Federal Public Defender

cc: Catherine Hartzenbusch, Esquire
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20001