HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0314 |
| vs. | : | SSN: |
| Santos, Jose | : | Disclosure Date: October 3, 2005 |

**FILED**

**OCT 24 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                    October 17, 2005
**Prosecuting Attorney**                                                               Date

### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                    _____
Defendant                          Date                  Defense Counsel                Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **October 17, 2005**, to U.S. Probation Officer **Tammy M. White**, telephone number **(202) 565-1300**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

<u>United States of America v. Jose Luis Santos</u>, Criminal Number 05-314 (JDB)

The United States of America, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby makes the following comments to Presentence Investigation Report in this matter:

1. Paragraph 4 should be corrected to change "in the name of Jose Luis Santos" to "in the name of Luis Jose Santos." See paragraph 2 of the Factual Proffer.

2. Paragraphs 25, 26 and 29 should be corrected to change "0" points to "1" point for each offense listed, because the term of imprisonment is stated to include a term of imprisonment of 30 days, and there is no indication that the sentence of imprisonment was suspended. (The addition of these 3 points to the defendant's criminal history score would have a material effect (increasing his Criminal History Category from II to III).)

Signed By: _____
AUSA Catharine A. Hartzenbusch

Date: October 17, 2005